1

2

3

4

5

6

7 UNITED STATES BANKRUPTCY COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9 In re

10 JOHN MOSER,                                                     No. 09-11945

11                                        Debtor(s).
_____/

12
BRAD FARMER, et al.,

13

14                                        Plaintiff(s),

15             v.                                           A.P. No. 09-1126

16 JOHN MOSER,

17                                        Defendant(s).
_____/

18

19                      Memorandum and Order re Collateral Source Rule
                                   _____

20

21          The collateral source rule provides that if an injured party received some compensation for his

injuries from a source wholly independent of the tortfeasor, such payment should not be deducted from

22

the damages which the plaintiff would otherwise collect from the tortfeasor.  1 Witkin, Cal. Evid. 4th

23

(2000) Circum Evid, § 160, p. 510; *Hrnjak v. Graymar*,  4 C.3d 725, 729, 94 C.R. 623, 484 P.2d

24

(1971).  The key phrase is "wholly independent."  The rule does not apply to recovery where a joint

25

tortfeasor is involved.  6 Witkin, Summary of California Law (10th Ed.2005) Torts, § 1633, p. 1147.

26

1

1   ["collateral recovery is not allowed where a joint tortfeasor is involved, because the source of recovery

2   is not 'wholly independent.'"].  Likewise, where the tortfeasor paid for the insurance it is not wholly

3   independent and the rule does not apply.  *Haueter v. Peguillan,* 586 P.2d 403, 404 (Utah 1978)

4   [proceeds of title insurance policy not subject to collateral source rule where tortfeasor required to

5   provide title insurance].

6           In this case, Exhibit 6 in plaintiffs' exhibit book clearly shows that the title insurance was part

7   of the loan escrow and that defendant paid for it.  It does not appear that any party has yet moved for

8   admission of this exhibit (issues as to the collateral source rule having been reserved), but the court

9   will exercise its discretion to admit it unless any party files an objection within seven days and notices

10  a prompt hearing on it.  In the absence of such objection, Plaintiff's Exhibit 6 will be deemed admitted

11  into evidence.

12          Once any issue regarding Exhibit 6 has been resolved, the court will proceed to issue a final

13  decision on the reserved issues.

14          SO ORDERED.

15

16  Dated:  February 22, 2011

17

18                                                          _____
                                                            Alan Jaroslovsky
19                                                          U.S. Bankruptcy Judge

20

21

22

23

24

25

26

2